# IN THE SUPREME COURT OF THE STATE OF NEVADA

LENNAR RENO, LLC, D/B/A LENNAR HOMES, D/B/A LENNAR HOMES OF CALIFORNIA,

Appellant,

vs.

VINCENT SANTER, III; AND DEBRA J. BROWN,

Respondents.

No. 68684

FILED

MAR 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:     Hon. Leon Aberasturi, District Judge
        Gordon & Rees, LLP
        Nancy A. Gilbert, Esq.
        Third District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-09866